## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DOUGLAS FROHLICH,

        Plaintiff,

        v.

BLACK HILLS CREDIT d/b/a
CASCADE SPRINGS CREDIT, *et al.*,

        Defendants.

Case No. 1:25-cv-08394

## STIPULATION OF DISMISSAL

Now come the Parties Plaintiff Douglas Frohlich ("Plaintiff") and Defendants Black Hills Credit d/b/a Cascade Springs Credit and Velocity Ventures Group, LLC d/b/a Infinity Enterprise Lending Systems (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs, and the claims of the putative class against Defendants without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

/s/ *Caileen M. Crecco*
Caileen M. Crecco
Daniel A. Edelman
Dulijaza Clark
Edelman, Combs, Latturner, & Goodwin, LLC

/s/ *Craig R. Martin*
Craig R. Martin
Paul Ferak
Peter Rush
Greenberg Traurig, LLP

20 South Clark Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (fax)
ccrecco@edcombs.com
courtecl@edcombs.com
jclark@edcombs.com

*Attorneys for Plaintiff*

360 North Green Street, Suite 1300
Chicago, Illinois 60607
(312) 456-8400
craig.martin@gtlaw.com
ferakp@gtlaw.com
rushp@gtlaw.com

*Attorneys for Black Hills Credit
d/b/a Cascade Springs Credit*

*/s/ Brandon Stein*
Brandon Stein
Husch Blackwell, LLP
2415 East Camelback Road, Suite 500
Phoenix, Arizona 85016
(480) 824-7890
brandon.stein@huschblackwell.com

*Attorney for Velocity Ventures Group, LLC
d/b/a Infinity Enterprise Lending Systems*

2

## CERTIFICATE OF SERVICE

I, Caileen M. Crecco, hereby certify that on February 6, 2026, I electronically filed the foregoing document via the Court's CM/ECF system, which sent notification by email to all counsel of record.